DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
HARSH Y. RONVELIA (SBN 319667)
hronvelia@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
SOLANO COUNTY and THOMAS FERRARA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT UTTERBACK, individually, and as a successor-in-interest to Decedent KENNETH UTTERBACK; ERIC UTTERBACK, individually, and as a successor-in-interest to Decedent KENNETH UTTERBACK,<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO COUNTY, a municipal corporation; SHERIFF THOMAS FERRARA, individually, and in his official capacity as Sheriff; WELLPATH MANAGEMENT, INC.; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 2:20-cv-00637-TLN-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendants SOLANO COUNTY and SHERIFF THOMAS FERRARA (collectively "Solano County Defendants") shall file their response to Plaintiffs' Complaint ("FAC") on or before July 21, 2020.

Good cause exists for stipulation, as follows:  Plaintiffs TRENT UTTERBACK and ERIC UTTERBACK ("Plaintiffs") filed their Complaint on March 24, 2020.  Pursuant to prior stipulation, Solano County Defendants' responsive pleading is due on June 18, 2020.  (ECF No. 7)  On June 9, 2020, service was acknowledged by Defendant WELLPATH MANAGEMENT, INC. (ECF No. 10)  WELLPATH MANAGEMENT, INC.'s responsive pleading is due on July 21, 2020.  Counsel for the parties are still in the process of meeting and conferring regarding the

causes of action in the Complaint. Those discussions have included the possibility of the Plaintiffs filing an amended complaint to amend of one or more of the causes of action prior to the filing of any responsive pleading.

**NOW, THEREFORE,** the parties hereby stipulate that the last day for Solano County Defendants to respond to Plaintiffs' Complaint is July 21, 2020.

**IT IS SO STIPULATED.**

DATED: June 16, 2020                    LAW OFFICES OF JOHN L. BURRIS

By: */s/ James A. Cook*
JOHN BURRIS
BENJAMIN NISENBAUM
JAMES A. COOK
Attorneys for Plaintiffs
TRENT UTTERBACK AND
ERIC UTTERBACK

DATED: June 16, 2020                    SELMAN BREITMAN LLP

By: */s/ Danielle K. Lewis*
DANIELLE K. LEWIS
Attorneys for Defendants
COUNTY OF SOLANO and
THOMAS FERRARA

DATED: June 16, 2020                    BERTLING LAW GROUP

By: */s/ Jemma Parker Saunders*
JEMMA PARKER SAUNDERS
Attorneys for Defendant
WELLPATH MANAGEMENT, INC.

## FILER'S ATTESTATION

I, Danielle K. Lewis, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

DATED: June 16, 2020

/s/ *Danielle K. Lewis*
DANIELLE K. LEWIS

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that Solano County Defendants must file a response to Plaintiffs' Complaint on or before July 21, 2020.

**IT IS SO ORDERED.**

DATED: June 16, 2020

Troy L. Nunley
United States District Judge