**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com

Attorneys for Plaintiffs,
TRENT UTTERBACK, ERIC UTTERBACK

DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
MILES F. MAURINO (SBN 319377)
mmaurino@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
SOLANO COUNTY and THOMAS FERRARA

Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant Wellpath

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT UTTERBACK, et al., | CASE NO.: 2:20-cv-00637-TLN-AC |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY THE COURT'S SCHEDULE AT DOCKET NO. 3** |
| vs. | |
| COUNTY OF SOLANO, a municipal corporation; SHERIFF THOMAS FERRARA, individually, and in his official capacity as Sheriff; WELLPATH MANAGMENT, INC.; and DOES 1 through 50, inclusive, | |
| Defendants | |

Pursuant to the courts order at Docket No. 21, The parties respectfully submit the following stipulation and proposed order to modify the Court's schedule order at Docket No. 3: The parties submit the following proposed schedule:

Proposed Schedule

| | |
|---|---|
| Deadline for Amended Pleadings: | July 1, 2022 |
| Close of non-expert discovery: | November 22, 2022 |
| Expert Disclosure: | November 30, 2022 |
| Rebuttal Expert Disclosure: | December 14, 2022 |
| Close of expert discovery: | February 3, 2023 |
| Deadline to file dispositive motions: | February 17, 2023 |
| Deadline for hearing dispositive motions: | March 30, 2023 |
| Pretrial Conference Statement: | May 15, 2023 |

Pretrial Conference:				May 25, 2023

Trial:						June 26, 2023

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 26, 2022			LAW OFFICES OF JOHN L. BURRIS

						By: /s/ *James A. Cook*
						    JOHN BURRIS
						    BENJAMIN NISENBAUM
						    JAMES A. COOK
						    Attorneys for Plaintiffs
						    TRENT UTTERBACK AND
						    ERIC UTTERBACK

DATED: April 26, 2022			SELMAN BREITMAN LLP


						By: /s/ *Danielle K. Lewis*
						    DANIELLE K. LEWIS
						    Attorneys for Defendants
						    COUNTY OF SOLANO and
						    THOMAS FERRARA


Dated: April 26, 2022			BERTLING LAW GROUP


						/s/ *Jemma Parker Saunders*
						Peter G. Bertling
						Jemma Parker Saunders
						Attorneys for Defendant
						Guadalupe Garcia


### ATTESTATION CLAUSE

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5-1 (i) (3), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

*Trent Utterback et al. v. County of Solano, et al.*, Case No.: 2:20-cv-00637-TLN-AC

3

DATED:  April 26, 2022                     LAW OFFICES OF JOHN L. BURRIS
                                           By:  */s/ James A. Cook*
                                                JOHN BURRIS
                                                BENJAMIN NISENBAUM
                                                JAMES A. COOK
                                                Attorneys for Plaintiffs
                                                TRENT UTTERBACK AND
                                                ERIC UTTERBACK

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby modifies the schedule order at docket no. 3 as follows:

| | |
|---|---|
| Deadline for Amended Pleadings: | July 1, 2022 |
| Close of non-expert discovery: | November 22, 2022 |
| Expert Disclosure: | November 30, 2022 |
| Rebuttal Expert Disclosure: | December 14, 2022 |
| Close of expert discovery: | **February 2, 2023** |
| Deadline to file dispositive motions: | **February 16, 2023** |
| Deadline for hearing dispositive motions: | **March 23, 2023** |

IT IS SO ORDERED.

DATED: April 27, 2022

_____
Troy L. Nunley
United States District Judge